1          UNITED STATES DISTRICT COURT

2               DISTRICT OF NEVADA

3                      * * *

4    MICHAEL S. GOTTLIEB,                    Case No. 2:25-cv-01249-JAD-EJY

5          Plaintiff,

6       v.                                         **ORDER**

7    PHILLIP BRIAN SPRADLING and
     MOMENTUM LAW GROUP, LLC,
8
           Defendants.
9

10        Before the Court is Plaintiff's Motion for Authorization to Register for Electronic Filing

11   Privileges.  ECF No. 26.  Under Local Rule IC 2-1(b), a "pro se litigant may request the court's

12   authorization to register as a filer in a specific case."

13        IT IS HEREBY ORDERED that Plaintiff's Motion for Authorization to Register for

14   Electronic Filing Privileges (ECF No. 26) is GRANTED.

15        IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the form Consent

16   for Electronic Service of Documents and instructions for the same.

17        IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service

18   of Documents to the Clerk of Court on or before **September 5, 2025**.

19        IT IS FURTHER ORDERED that Plaintiff is not authorized to file electronically until the

20   Consent form is submitted.  Upon timely submitting the Consent form, Plaintiff must contact the

21   CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

22        Dated this 15th day of August, 2025.

23

24

25   _____
     ELAYNA J. YOUCHAH
26   UNITED STATES MAGISTRATE JUDGE

27

28

                                1