**MICHAEL S. GOTTLIEB**
9211 Corporate Boulevard
Suite 350
Rockville, Maryland 20850
Phone: (301) 658-2205
Fax: (301) 658-2114
Email:  michael@momentumlawyers.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

MICHAEL S. GOTTLIEB,

          Plaintiff,

    *v.*

PHILIP BRIAN SPRADLING

LAS VEGAS DIVORCE AND CUSTODY

CENTER PLLC;

MOMENTUM LAW GROUP LLC;

and MOMENTUM FAMILY LAW LLC

          Defendants.

**Case No.: 2:25-cv-01249-JAD-EJY**

**MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

**FIRST REQUEST**

Plaintiff Michael Gottlieb hereby moves for a fourteen-day extension of time to file his Response Brief in opposition to Defendant's Motion to Dismiss, which was filed on May 21, 2026. Defendant Philip Spradling was contacted via e-mail on June 1, 2026, and confirmed that he does not object to the extension. This is the first request to extend this deadline. In support of this motion, Plaintiff states as follows:

1. On May 21, 2026, Defendants filed their Motion to Dismiss.

2. Under Local Rule 7-2(b), Plaintiff's response to the Motion to Dismiss is currently due on June 4, 2026.

3. Good cause exists to extend this deadline, as the parties are discussing potential resolution of the matter.

4. Plaintiff accordingly seeks a fourteen-day extension to file his Response Brief until June 18, 2026.

5. Defendant Philip Spradling, individually and in his capacity as counsel for the other named Defendants, was contacted via e-mail and consented to this extension on June 1, 2026.

6. This is the first request for an extension of this deadline. No prior extensions of this deadline have been requested or granted.

7. This request is made in good faith and not for the purpose of delay, and no party will be prejudiced by the requested extension.

**IT IS SO MOVED.**

DATED: June 3, 2026

**MICHAEL S. GOTTLIEB**
9211 Corporate Boulevard
Suite 350
Rockville, Maryland 20850
Phone: (301) 658-2205
Fax: (301) 658-2114
michael@momentumlawyers.com

*Appearing Pro Se*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED:**   June 4, 2026