Philip Spradling, Esq.
Nevada State Bar Number: 13590
3004 Avalon Ave.
Las Vegas, Nevada 89107
(702) 769-2747
philip@momentumlawlv.com
Attorney for Defendants
    Philip Brian Spradling
    Momentum Family Law LLC
    Momentum Law Group LLC
    Las Vegas Divorce and Custody Center PLLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL S. GOTTLIEB<br><br>   Plaintiff<br><br>v.<br><br>PHILIP BRIAN SPRADLING<br><br>LAS VEGAS DIVORCE AND CUSTODY CENTER, LLC;<br><br>MOMENTUM LAW GROUP, LLC;<br><br>and MOMENTUM FAMILY LAW, LLC<br><br>   Defendants. | **Case No. 2:25-cv-01249-JAD-EJY**<br><br>**Stipulation and Order Dismissing Case**<br><br>ECF Nos. 50, 56 |

WHEREAS, the parties are interested in resolving the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or an incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The parties agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendants, Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Defendants may continue to use the marks "Momentum" and "Momentum Family Law" through December 31, 2026.

3. Defendants may continue use of email addresses ending in momentumlawlv.com, both before and after December 31, 2026.

4. Except as stipulated and agreed above, Defendants shall cease using the marks "Momentum," "Momentum Family Law," and "Momentum Law Group."

5. In consideration of the above, the Plaintiff hereby releases each of the named defendant(s) in their individual and official capacities, and the heirs, executors, administrators and assigns, from any and all claims, liabilities and causes of action related to or arising out of any and all of the events set forth in the Complaint in the above-captioned action.

6. Nothing in this So Ordered Stipulation of Settlement shall be construed as an admission or concession of liability whatsoever by any of the defendants regarding any of the allegations made by the plaintiff in the Complaints.

7. This Stipulation of Settlement and Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation and Settlement.

2

8. This So Ordered Stipulation of Settlement embodies the entire agreement of the parties in this matter.

Michael Gottlieb, Plaintiff
9211 Corporate Boulevard
Suite 350
Rockville, Maryland 20850
(301) 658-2205

Dated this 17th day of June, 2026

Philip Spradling, Esq.
Counsel for Defendants
    Philip Brian Spradling
    Momentum Family Law LLC
    Momentum Law Group LLC
    Las Vegas Divorce and Custody Center PLLC
3004 Avalon Ave
Las Vegas, NV 89107
(702) 769-2747

Dated this 17th day of June, 2026

## ORDER

Based on the parties' stipulation **[ECF No. 56]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 50]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 18, 2026